UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NORMAN HOEWISCHER, Individually,

    Plaintiff,                                                    CASE NO. 3:11-cv-842

v.

WILLIAMS HUNTLEY, and  LOUIS HUNTLEY,
Individuals, and WT & LL INVESTMENTS, Individuals,
and WT & LL INVESTMENTS,
A Partnership,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

      Plaintiff, Norman Hoewischer, by and through undersigned counsel, hereby notifies the Court that the parties have fully resolved all outstanding issues and are in the process of exchanging the fully executed settlement documents.  The parties anticipate that this process will be complete within 30 days and will file a stipulation of dismissal with prejudice.  Plaintiff therefore requests that all pending motions be denied as moot and that the Court grant them 30 days in which to file their dismissal.

Respectfully submitted,

Attorney for Plaintiff:

  /s/ Thomas B. Bacon  
Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
4868 S.W. 103rd Ave.
Cooper City, FL 33328
ph. (954) 925-6488
fax (954) 237-1990
tbb@thomasbaconlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all parties of record this 1st day of August, 2012.

  /s/ Thomas B. Bacon