UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NORMAN HOEWISCHER, Individually,

    Plaintiff,                                 CASE NO. 3:11-cv-842-MMH-MCR

v.

LOUIS L. HUNTLEY ENTERPRISES, INC., et al

    Defendant.
_____/

**STIPULATION OF DISMISSAL**

    The parties, by and through undersigned counsel, hereby stipulate to the dismissal of the instant action with prejudice.

                                      Respectfully submitted,

| Attorneys for Defendant | Attorney for Plaintiff: |
|---|---|
| /s/ Mark C. Bryan | /s/ Thomas B. Bacon |
| LIPPES & BRYAN, P.A. | Thomas B. Bacon, Esq. |
| Mark C. Bryan, Esquire | Thomas B. Bacon, P.A. |
| Florida Bar No. 112410 | 4868 S.W. 103rd Ave. |
| 800 West Monroe Street | Cooper City, FL 33328 |
| Jacksonville, FL 32202 | ph. (954) 925-6488 |
| (904) 633-8781 - Telephone | fax (954) 237-1990 |
| (904) 633-7570 - Facsimile | tbb@thomasbaconlaw.com |
| Attorneys for Defendant | |