# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

NORMAN HOEWISCHER,

        Plaintiff,

v.                                                     Case No.  3:11-cv-842-J-34MCR

LOUIS L. HUNTLEY ENTERPRISES, INC.,

        Defendant.

_____

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal (Dkt. No. 31; Stipulation) filed on August 14, 2012.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby **ORDERED**:

1.    This case is **DISMISSED with prejudice**.

2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 21st day of August, 2012.

*[signature: Marcia Morales Howard]*

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record